Eastern District of Kentucky
**FILED**

DEC 21 2023

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

**V.**                                            INDICTMENT NO. 6:23-cr-076-REW

**GREGORY B. CORNETT**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about March 13, 2023, in Bell County, in the Eastern District of Kentucky,

**GREGORY B. CORNETT**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **GREGORY B. CORNETT** committed the offense charged in this count, **GREGORY B. CORNETT** had a final conviction for serious drug felony, namely, a conviction under Kentucky Revised Statute § 218A.1412, Trafficking in Controlled Substances First Degree, in the Harlan Circuit Court, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about April 3, 2023, in Laurel County, in the Eastern District of Kentucky,

**GREGORY B. CORNETT**

did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

Before **GREGORY B. CORNETT** committed the offense charged in this count, **GREGORY B. CORNETT** had a final conviction for serious drug felony, namely, a conviction under Kentucky Revised Statute § 218A.1412, Trafficking in Controlled Substances First Degree. in the Harlan Circuit Court. for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## FORFEITURE ALLEGATION
## 21 U.S.C. § 853

1. By virtue of the commission of the felony offenses alleged in Counts 1 and 2 of the Indictment, **GREGORY B. CORNETT** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. § 841. Any and all interest that **GREGORY B. CORNET** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$1,144.00 in United States currency seized from Gregory B. Cornett on March 13, 2023.

3. If any of the property listed above, as a result of any act or omission of the Defendant, (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____
FOREPERSON

_____
CARLTON S. SHIER IV
UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1-2:

Not less than 10 years nor more than life imprisonment, a fine of not more than $10,000,000, and at least 5 years of supervised release.

> **If Prior Serious Drug Felony or Serious Crime of Violence Conviction:**
> Not less than 15 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.